# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Tyler Lavergne and Karen Lavergne | Civil Action No. 06-01364 |
| versus | Judge Tucker L. Melançon |
| Regeneration Technologies, Inc.; Medtronic Sofamor, Danek, USA, Inc.; and Biomedical Tissue Services, LTD. | Magistrate Judge C. Michael Hill |

## ORDER

Before the Court is a Motion to Stay All Proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation on transfer of this matter filed by Defendant Regeneration Technologies, Inc. [Rec. Doc. 6]. Counsel for plaintiffs, Philip Bohrer, has no objection to a stay of this matter.

The Court having been made aware that this matter is pending a ruling by the Judicial Panel on Multidistrict Litigation, and since plaintiffs have no objection and the Court believes that it would be in the interest of justice and judicial economy to stay this case pending a decision from the MDL Panel,

IT IS ORDERED that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to file a motion to reopen the proceedings as set out hereinafter.

IT IS FURTHER ORDERED that the Motion to Stay All Proceedings pending a euling by the Judicial Panel on Multidistrict Litigation filed by Defendant Regeneration Technologies, Inc. [Rec. Doc. 6] is DENIED AS MOOT.

IT IS FURTHER ORDERED that any motions that remain pending are DENIED AS MOOT and may be re-urged upon the re-opening of this matter.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate such motion as if this order had not been entered within twenty (20) days of the MDL Panel's decision.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 19th day of September, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE